| Image # | Record | Date | Pages | Name of Document |
|---|---|---|---|---|
| 73375081 | MISSING | 1/10/2017 | 1 | Affidavit |
| 73375082 | MISSING | 1/10/2017 | 5 | Exhibit 01 - Financial account summaries |
| 73604039 | MISSING | 1/27/2017 | 3 | Petition for Stay |
| 73604040 | MISSING | 1/27/2017 | 1 | Notice of Oral Hearing |
| 73674343 | MISSING | 2/2/2017 | 6 | Exhibit 01 |
| 73916859 | MISSING | 2/17/2017 | 3 | Motion to Place $3836.70 into the Court Registry and Notice of Hearing |
| 73916861 | MISSING | 2/17/2017 | 1 | Exhibit 01 |
| 73918669 | MISSING | 2/20/2017 | 3 | Harris County Tax Assessor Collector's Plea to the Jurisdiction |
| 73918670 | MISSING | 2/20/2017 | 5 | Exhibit 01 |
| 73918672 | MISSING | 2/20/2017 | 2 | Notice of Hearing |
| 73918671 | MISSING | 2/20/2017 | 1 | Proposed Order |
| 73924662 | MISSING | 2/20/2017 | 8 | Defendant's Motion for Dismissal for Lack of Subject-Matter Jurisdiction |
| 73924663 | MISSING | 2/20/2017 | 1 | Notice of Oral Hearing |
| 73924664 | MISSING | 2/20/2017 | 1 | Proposed Order |
| 74440777 | MISSING | 2/22/2017 | 11 | Amended Petition For Declaratory Judgment and Response to Defendants Motions To Dismiss |
| 74440778 | MISSING | 2/22/2017 | 1 | Exhibit A |
| 74440779 | MISSING | 2/22/2017 | 1 | Exhibit B |
| 74440780 | MISSING | 2/22/2017 | 2 | Exhibit C |
| 74440781 | MISSING | 2/22/2017 | 1 | Exhibit D |
| 74440782 | MISSING | 2/22/2017 | 4 | Exhibit E |
| 74025098 | MISSING | 2/27/2017 | 6 | Defendant's Reply to Plaintiff's Amended Petition for Declaratory Judgment and response to defendants Motion to Dismiss |
| 74025099 | MISSING | 2/27/2017 | 3 | Exhibit A |
| 74025100 | MISSING | 2/27/2017 | 1 | Proposed Order |
| 74043839 | MISSING | 2/28/2017 | 5 | Judicial Notice/Cognizance and response to defendant's Second Motion to Dismiss |
| 74043841 | MISSING | 2/28/2017 | 8 | Affidavit |
| 74054055 | MISSING | 3/1/2017 | 5 | Harris County Tax Assessor Collector's Motion to Dismiss |
| 74054056 | MISSING | 3/1/2017 | 3 | Exhibit 01 |
| 74054057 | MISSING | 3/1/2017 | 7 | Exhibit 02 |
| 74206818 | MISSING | 3/7/2017 | 1 | ORDER SIGNED GRANTING PLEA TO JURISDICTION and PARTIAL DISMISSAL ON DEFENDANT'S MOTION |
| 74206831 | MISSING | 3/7/2017 | 1 | PARTIAL DISMISSAL ON DEFENDANT'S MOTION |
| 74885218 | MISSING | 4/28/2017 | 2 | Amended Petition |
| 74885219 | MISSING | 4/28/2017 | 4 | Exhibit A |
| 75036030 | MISSING | 5/10/2017 | 7 | Defendant's Motion for Partial Dismissal for Lack of Subject-Matter Jurisdiction |
| 75036031 | MISSING | 5/10/2017 | 2 | Notice of Oral Hearing |
| 75036033 | MISSING | 5/10/2017 | 1 | Proposed Order |

| | | | | |
|---|---|---|---|---|
| 75183844 | MISSING | 5/22/2017 | 5 | Motion for Non-Hearing Judgment Based upon the Attached Memorandum of Law |
| 75183845 | MISSING | 5/22/2017 | 36 | Memorandum of Law |
| 75213335 | Y-on recorders record with wrong document | 5/22/2017 | 8 | Exhibit A |
| 75213337 | Y-on recorders record with wrong document | 5/22/2017 | 3 | Exhibit B |
| 75213338 | Y-on recorders record with wrong document | 5/22/2017 | 3 | Exhibit C |
| 75213339 | Y-on recorders record with wrong document | 5/22/2017 | 3 | Exhibit D |
| 75213340 | Y-on recorders record with wrong document | 5/22/2017 | 3 | Exhibit E |
| 75213341 | Y-on recorders record with wrong document | 5/22/2017 | 3 | Exhibit F |
| 75213342 | Y-on recorders record with wrong document | 5/22/2017 | 2 | Exhibit G |
| 75213343 | Y-on recorders record with wrong document | 5/22/2017 | 23 | Exhibit H |

| | | | | |
|---|---|---|---|---|
| 75213344 | Y-on recorders record with wrong document | 5/22/2017 | 26 | Exhibit I |
| 75213345 | Y-on recorders record with wrong document | 5/22/2017 | 13 | Exhibit J |
| 75213346 | Y-on recorders record with wrong document | 5/22/2017 | 46 | Exhibit K |
| 75213347 | Y-on recorders record with wrong document | 5/22/2017 | 19 | Exhibit L |
| 75213348 | Y-on recorders record with wrong document | 5/22/2017 | 5 | Exhibit M |
| 75213349 | Y-on recorders record with wrong document | 5/22/2017 | 3 | Exhibit N |
| 75213350 | Y-on recorders record with wrong document | 5/22/2017 | 3 | Exhibit O |
| 75213351 | Y-on recorders record with wrong document | 5/22/2017 | 47 | Exhibit P |
| 75213352 | Y-on recorders record with wrong document | 5/22/2017 | 3 | Exhibit R |

| 75213353 | Y-on recorders record with wrong document | 5/22/2017 | 2 | Exhibit S |
|---|---|---|---|---|
| 75183843 | MISSING | 5/22/2017 | 1 | Notice to Place Motion on Submission Docket |
| 75183846 | MISSING | 5/22/2017 | 1 | Proposed Order |
| 75243066 | MISSING | 5/25/2017 | 1 | Notice of Oral Hearing |
| 75453929 | MISSING | 5/30/2017 | 1 | PARTIAL DISMISSAL ON DEFENDANT'S MOTION |
| 75338167 | MISSING | 6/1/2017 | 21 | Defendant's Response to Plaintiff's Motion for Summary Judgment |
| 75338169 | MISSING | 6/1/2017 | 5 | Exhibit 01 |
| 75338170 | MISSING | 6/1/2017 | 4 | Exhibit 02 |
| 75338171 | MISSING | 6/1/2017 | 7 | Exhibit 03 |
| 75338172 | MISSING | 6/1/2017 | 1 | Exhibit 04 |
| 75338173 | MISSING | 6/1/2017 | 9 | Exhibit 05 |
| 75338174 | MISSING | 6/1/2017 | 1 | Proposed Order |
| 75339998 | MISSING | 6/2/2017 | 5 | Exhibit V |
| 75339999 | MISSING | 6/2/2017 | 1 | Proposed order |
| 75366303 | MISSING | 6/5/2017 | 1 | Request for Court Reporter |
| 75780542 | MISSING | 7/3/2017 | 6 | Affidavit of Indigence |
| 75838897 | MISSING | 7/10/2017 | 2 | Demand for More Definitive Statement |
| 76179250 | MISSING | 8/1/2017 | 1 | Notice of Fault with right to cure Silence is Acquiescence |
| 76312479 | MISSING | 8/11/2017 | 2 | Notice of default Silence is Acquiescence |